UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSE LANE DABBS ) | |
| ) | |
| v. ) | No. 3:07-0048 |
| v. ) | Judge Echols |
| ) | |
| RICKY J. BELL, WARDEN ) | |

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) The Report and Recommendation of the Magistrate Judge (Docket Entry No. 18) is hereby ACCEPTED;

(2) Petitioner's "Objection to the Magistrate's Report and Recommendation" (Docket Entry No. 22) is hereby OVERRULED;

(3) Respondent's Motion to Dismiss (Docket Entry No. 10) is hereby GRANTED; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

Because Petitioner cannot demonstrate that reasonable jurists would find the Court's assessment of the timeliness of Petitioner's 28 U.S.C. § 2254 Petition debatable or wrong, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000). Further, while reasonable jurists may debate whether the actual innocence exception applies to claims of non-capital sentencing error, a reasonable jurist would not find it debatable that Petitioner cannot show actual innocence related to the sentence imposed by the state court.

1

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

/s/ Robert L. Echols
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE